**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10214 |
| Plaintiff - Appellee, | D.C. No. 5:11-cr-00309-LHK |
| v. | |
| FAUZIA LODHI, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Lucy H. Koh, District Judge, Presiding

Submitted April 22, 2015[**]

Before:    GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Fauzia Lodhi appeals from the district court's judgment and challenges her

guilty-plea conviction and 16-month sentence for mail fraud, in violation of 18

U.S.C. § 1341.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lodhi's

counsel has filed a brief stating that there are no grounds for relief, along with a

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record. Lodhi has filed pro se supplemental briefs, and the government has filed an answering brief.

Lodhi waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Lodhi's motion for appointment of substitute counsel is **DENIED.**

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**